EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2003

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>TYLER AMBROSE,<br><br>       Defendant. | CR. NO. **CR03 00191** DAE<br><br>INDICTMENT<br><br>Count 1: 18 U.S.C. §§<br>922(g)(1) and 924(a)(2)<br>Count 2: 18 U.S.C. §§<br>922(g)(3) and 924(a)(2) |

## INDICTMENT

### COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about May 30, 2002, in the District of Hawaii,
the defendant TYLER AMBROSE, having been previously convicted of
a crime punishable by imprisonment for a term exceeding one year,
did knowingly possess in or affecting commerce ammunition, to
wit, twenty-eight rounds of .38 caliber ammunition manufactured
by Winchester in the State of Illinois.

All in violation of Title 18, United States Code,
Sections 922(g)(1) and 924(a)(2).

**COUNT 2**
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about May 30, 2002, in the District of Hawaii, the defendant TYLER AMBROSE, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce ammunition, to wit, twenty-eight rounds of .38 caliber ammunition manufactured by Winchester in the State of Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED:  April 17, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. TYLER AMBROSE
Cr. No.         (Indictment)

2