PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 1 2007

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: TYLER AMBROSE          Case Numbers: CR 03-00191HG-01 and
                                                        CR 03-00205HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 10/27/2003

Original Offense:     <u>Count 1 of CR 03-00191HG-01</u>: Felon in Possession of
                      Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2),
                      a Class C Felony

                      <u>Count 1 of CR 03-00205HG-01</u>: Unauthorized Control of Propelled
                      Vehicle, in violation of 18 U.S.C. § 13 and Hawaii Revised Statutes
                      (H.R.S.) § 708-836, a Class C felony pursuant to H.R.S.

Original Sentence:    Eighteen (18) months imprisonment as to CR 03-00191HG-01
                      and three (3) years and four (4) months imprisonment as to
                      CR 03-00205HG-01, with both terms to be served concurrently with
                      each other, and three (3) years supervised release as to each
                      case, with the following special conditions:  1) That the defendant
                      participate in a substance abuse program, which may include drug
                      testing at the discretion and direction of the Probation Office;
                      2) That the defendant is prohibited from possessing any illegal or
                      dangerous weapons; 3) That the defendant provide the Probation
                      Office access to any requested financial information; and 4) That
                      restitution of $200 is due immediately to the individual car renter in
                      CR 03-00205HG-01, and any remaining balance upon release from
                      confinement be paid during the period of supervision on an
                      installment basis according to the collection policy of the Probation
                      Office but at a rate of not less than 10 percent of his monthly gross
                      income.  Interest, if applicable, is waived while the defendant is
                      serving his term of imprisonment and shall commence to accrue on
                      any remaining balance upon his release on supervision.

Prob 12B
(7/93)

2

Modified Sentence: On 3/15/2005, the subject's conditions of supervision were modified to include:  5) That the defendant participate in a residential treatment program and remain there until clinically discharged or until otherwise released, at the discretion and direction of the Probation Office.

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/1/2005

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

*General Condition:  Tyler Ambrose shall submit to one drug test within the first 15 days of supervision and at least two tests thereafter, not to exceed 4 tests per month.*

## CAUSE

The subject's term of supervised release commenced in the Central District of California (CD/CA) on 10/1/2005.  Upon his release from custody, the subject was accepted into the Impact Drug and Treatment Center (IDTC) in Pasadena, California. The program reportedly offers residential treatment services for men and women with chemical dependency problems.

On 7/30/2007, our office received a letter from the subject's supervising probation officer in that district requesting the above-noted modification.  Reportedly, on 1/18/2006, the subject completed residential substance abuse counseling at the IDTC. He subsequently completed an internship training program and obtained employment as a lab technician at the IDTC.  In light of U.S. vs. Stephens, the probation officer is requesting the authority to continue random drug testing outside of treatment in order to monitor the subject's compliance.

The details of the subject's federal convictions include illicit drugs being confiscated by law enforcement.  His prior criminal record includes a felony conviction for drug possession, and his prior substance abuse history includes his use of methamphetamine from age 13 to 21.  Considering the subject's past criminal and substance abuse history, our office supports this request and respectfully recommends the Court modify the drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Prob 12B
(7/93)

3

      This report also serves to inform the Court that the CD/CA will accept a transfer of jurisdiction. This transfer will expedite any future matters that may require Court intervention. Should the Court concur with the request to transfer jurisdiction in this case, Your Honor's signature is requested on both originals of Probation Form 22, Transfer of Jurisdiction.

                                                                Respectfully submitted by,

                                              ALYSA K. MAKAHANALOA
                                              U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 8/14/2007

_____

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

                                              HELEN GILLMOR
                                          Chief U.S. District Judge

                                            8-28-07
                                            Date

PROB 49
(3/89)

# United States District Court

_____  **District**  _____Hawaii_____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Tyler Ambrose shall submit to one drug test within the first 15 days of supervision and at least 2 tests thereafter, not to exceed 4 tests per month.

Witness _____     Signed _____
              U.S. Probation Officer                            Probationer or Supervised Releasee

                              _____7-19-07_____
                                        Date