

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

September 29, 2007

Clerk, United District Court
District of Hawaii

Re:  Transfer of Jurisdiction of Probation

   Your Case No. _____CR 03-00191HG-01_____

   Assigned Our Case No. _____CR 07-01057 DDP_____

   Case Title: _____US v Tyler Ambrose_____

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _____Alicemarie H. Stotler_____.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By   E. Synagogue   _signature_
     Deputy Clerk

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 03 2007
DISTRICT OF HAWAII

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (12/01)                TRANSMITTAL LETTER - PROBATION TRANSFER-IN



| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR 03-00191HG-01 and CR 03-00205HG-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>07-CR-1057-DDP |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 03 2007
at 1 o'clock and 40 min A.M.
SUE BEITIA, CLERK

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| TYLER AMBROSE | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/1/2005    TO 9/30/2008 |

**OFFENSE**

Count 1 of CR 03-00191HG-01: Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony; and Count 1 of CR 03-00205HG-01: Unauthorized Control of a Propelled Vehicle, in violation of 18 U.S.C. § 13 and Hawaii Revised Statutes (H.R.S.) § 708-836, a Class C felony pursuant to H.R.S.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (West Covina)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8·28·07
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California ( )

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 26, 2007
Effective Date

ALICEMARIE H. STOTLER
Chief   United States District Judge